NEWTON v. NEW YORK CENT. R. CO. (Supreme Court, Appellate Division, First Department. December 23, 1904.) Action by Viva Newton against the New York Central Railroad Company. No opinion. Motion denied.

NEW YORK LIFE INS. & TRUST CO. et al., Respondents, v. CHURCH OF THE HOLY COMMUNION, Appellant. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the New York Life Insurance & Trust Company and others against the Church of the Holy Communion. No opinion. Motion denied, without costs.

NEW YORK MUT. SAVINGS & LOAN ASS'N, Appellant, v. WESTCHESTER FIRE INS. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the New York Mutual Savings & Loan Association against the Westchester Fire Insurance Company. No opinion. Motion for resettlement of order denied, without costs.

NEW YORK SECURITY & TRUST CO., Appellant, v. ROSENFIELD et al., Respondents. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by the New York Security & Trust Company against Solomon Rosenfield and others. F. R. Coudert, for appellant. H. Nathan, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

N. K. FAIRBANKS CO., Appellant, v. COON, Respondent. (Supreme Court, Appellate Division, Fourth Department. December 7, 1904.) Action by the N. K. Fairbanks Company against Helen M. Coon, individually, etc.

PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., not voting.

NOWAKOWSKA, Appellant, v. GOLLIEK & SMITH et al., Respondents. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Constance Nowakowska against Golliek & Smith and others. G. Dushkind, for appellant. E. L. Richards, Jr., for respondents. No opinion. Judgment affirmed, with costs.

OBERFELDER, Respondent, v. NATIONAL DISTILLING CO., Appellant. (Supreme Court, Appellate Division, First Department. January 6, 1905.) Action by Max Oberfelder against the National Distilling Company. H. H. Bowman, for appellant. J. Gottgetreu, for respondent. No opinion. Judgment and order affirmed, with costs.

91 N.Y.S.—70

O'BRIEN et al., Appellants, v. BATTERSON & EISELE, Respondent. (Supreme Court, Appellate Division, Second Department. January 6, 1905.) Action by Henry O'Brien and others against Batterson & Eisele. No opinion. Order affirmed on argument, with $10 costs and disbursements. (100 App. Div. 516)

O'CONNELL, Respondent, v. FIDELITY & CASUALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 20, 1905.) Action by Annie O'Connell against the Fidelity & Casualty Company. L. S. Carrere, for appellant. E. W. S. Johnston, for respondent. No opinion. Judgment and order affirmed, on the authority of 87 App. Div. 306, 84 N. Y. Supp. 315.

O'HARA, Respondent, v. BROOKLYN HEIGHTS R. CO., Appellant (two cases.) (Supreme Court, Appellate Division, Second Department. January 20, 1905.) Action by Lucy O'Hara, an infant, etc., by her guardian ad litem, against the Brooklyn Heights Railroad Company. No opinion. Reargument ordered, and case set down for March 20th, unless the parties stipulate in writing to submit the case to the justice who was absent on the previous argument.

O'NEILL v. METROPOLITAN ST. R. CO. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Rose M. O'Neill against the Metropolitan Street Railroad Company. No opinion. Motion denied, on payment of $10 costs.

OTTO HUBER BREWERY, Appellant, v. WALSH, Respondent. (Supreme Court, Appellate Division, Second Department. December 1, 1904.) Action by the Otto Huber Brewery against William Walsh. No opinion. Order of the Municipal Court affirmed, with costs.

PAGE v. DEMPSEY. (Supreme Court, Appellate Division, First Department. January 13, 1905.) Action by Cornelia B. Page against James Dempsey. No opinion. Motion denied, with $10 costs. (99 App. Div. 472)